IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00282-EWN-CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

KEVIN MILYARD, individually and in his official capacity as Warden,
MARK BROADDUS, individually and in his official capacity as Associate Warden
MAJOR LLOYD WAIDE, individually and in his official capacity as Custody and Control Manager,
MAJOR MARY COX-BERGMAN, individually and in his official capacity as Programs Manager,
CAPTAIN M. NEGLEY, individually and in his official capacity as Captain,
CAPTAIN MICHELLE NYCZ, individually and in his official capacity as Case Manager III,
CAPTAIN JOHN CLARKSON, individually and in his official capacity as Case Manager III,
LIEUTENANT HALLIGAN, individually and in his official capacity as Case Manager II,
LIEUTENANT DAVID BACKER, individually and in his official capacity as Case Manager I,
LARRY GRAHAM, individually and in his official capacity as Institutional Investigator, and
ANTHONY DECESARO, individually and in his official capacity as Department of Corrections Step III Grievance Officer,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: March 13, 2006

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00282-EWN-CBS

Scott L. Howard
Prisoner No. 123501
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Kevin Milyard, Mark Broaddus,
Major Lloyd Waide, Major Mary Cox Bergman,
Captain M. Negley, Captain Michelle Nycz,
Captain John Clarkson, Lt. Halligan,
Lt. David Backer, and Larry Graham  – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
paul.sanzo@state.co.us
**COURTESY COPY**

US Marshal Service
Service Clerk
Service forms for: Anthony Decesaro

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst and the U.S. Marshal for service of process on Kevin Milyard, Mark Broaddus, Major Lloyd Waide, Major Mary Cox Bergman, Captain M. Negley, Captain Michelle Nycz, Captain John Clarkson, Lt. Halligan, Lt. David Backer, Larry Graham, and Anthony Decesaro; COMPLAINT FILED 2/17/06, SUMMONS, WAIVER, AND CONSENT FORM on 3/13/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk