IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00282-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

KEVIN MILYARD, et al.,
    Defendants.

___

## ORDER
___

This civil action comes before the court on Howard's "Motion to Compel Service" (filed April 18, 2006) (doc. # 33). Pursuant to the General Order of Reference dated March 13, 2006 and memorandum dated April 18, 2006, this matter was referred to the Magistrate Judge. The court having reviewed the motion, Defendants' Response (filed April 18, 2006) (doc. # 35), and the entire case file and being sufficiently advised in the premises, ORDERS that:

    1.    Howard's "Motion to Compel Service" (filed April 18, 2006) (doc. # 33) is GRANTED.

    2.    The State Defendants shall serve an additional copy of their Motion to Dismiss (filed April 10, 2006 ) (doc. # 27) **on or before April 21, 2006**.

    3.    **On or before May 12, 2006**, Howard shall file any response he has to the State Defendants' Motion to Dismiss (doc. # 27).

DATED at Denver, Colorado, this 19th day of April, 2006.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              United States Magistrate Judge