IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00282–EWN–CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

KEVIN MILYARD, individually, and in his official capacity as Warden,
MARK BROADDUS, individually, and in his official capacity as Associate Warden,
MAJOR LLOYD WAIDE, individually, and in his official capacity as Custody and Control Manager,
MAJOR MARY COX-BERGMAN, individually, and in her official capacity as Programs' Manager,
CAPTAIN M. NEGLEY, individually, and in his official capacity as Captain,
CAPTAIN MICHELLE NYCZ, individually, and in her official capacity as Case Manager III,
CAPTAIN JOHN CLARKSON, individually, and in his official capacity as Case Manager III,
LIEUTENANT HALLIGAN, individually, and in his official capacity as Case Manager II,
LIEUTENANT DAVID BACKER, individually, and in his official capacity as Case Manager I,
LARRY GRAHAM, individually, and in his official capacity as Institutional Investigator, and
ANTHONY DECESARO, individually, and in his official capacity as Department of Corrections' Step III Grievance Officer,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the court on "Plaintiff's Voluntary Dismissal of All Claims Against Defendants Milyard, Broaddus, Nycz, and Graham" filed April 24, 2006. The court having read the Voluntary Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED as to Defendants Milyard, Broaddus, Nycz, and Graham.

DATED this 24th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge