IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00282-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

KEVIN MILYARD, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Howard's "Motion to Dismiss Claims Against Each Defendant in His/Her Official Capacity" (filed September 7, 2006) (doc. # 85).  Pursuant to the Order of Reference dated June 30, 2005 and the memorandum dated September 7, 2005 (doc. # 87), the Motion was referred to the Magistrate Judge.  The court has reviewed the pending Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Howard seeks to clarify that he "does not now, nor will he ever, seek injunctive relief in this matter" and that "the defendants are only sued in their individual capacities."  (*See* Motion at ¶¶ 2, 4).  Howard's Motion may properly be treated as a clarification of his First Amended Complaint (doc. # 44).  Accordingly,

    IT IS ORDERED that Plaintiff Howard's "Motion to Dismiss Claims Against Each Defendant in His/Her Official Capacity" (filed September 7, 2006) (doc. # 85) shall be treated as a clarification of his First Amended Complaint (doc. # 44) and is GRANTED.

1

DATED at Denver, Colorado, this 4th day of October, 2006.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              United States Magistrate Judge