IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00282–EWN–CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

MAJOR LLOYD WAIDE,
individually, and in his official capacity as Custody and Control Manager,
MAJOR MARY COXBERGMAN,
individually, and in her official capacity as Programs' Manager,
CAPTAIN M. NEGLEY,
individually, and in his official capacity as Captain,
CAPTAIN JOHN CLARKSON,
individually, and in his official capacity as Case Manager III,
LIEUTENANT HALLIGAN,
individually, and in his official capacity as Case Manager II,
LIEUTENANT DAVID BACKER,
individually, and in his official capacity as Case Manager I, and
ANTHONY DECESARO, individually,
and in his official capacity as Department of
Corrections' Step III Grievance Officer,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Voluntary Withdrawal of Motion for Leave to Subpoena Records (*doc. no. 102)* is **GRANTED**.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Subpoena Records (*doc. no. 99)* is **WITHDRAWN**.

**DATED:**    December 20, 2006