## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action: 06-cv-00282-EWN-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: October 2, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SCOTT L. HOWARD, | *Pro se*, via telephone |
| **Plaintiff,** | |
| v. | |
| JOHN CLARKSON, *et al.*, | William V. Allen |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** **PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:** 11:00 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The court discusses the basis on which the case is going forward with the parties.

**ORDERED:** The remaining defendants shall file an answer to the First Amended Complaint (*doc. 44*).

**ORDERED:** Plaintiff's Motion to Reconsider Motion to Appoint Counsel [filed September 22, 2008; doc. 143] is granted. Plaintiff's name shall be placed on the court's list to receive pro bono counsel.

**ORDERED:** Written Discovery Cut-off: January 15, 2009.

**ORDERED:** Plaintiff and the collective defendants are each limited to twenty-five (25) total interrogatories, (25) total requests for production, and (25) total request for admissions. The deadline to submit written discovery is December 12, 2008.

**ORDERED:** Status Conference set for January 20, 2009 at 9:00 a.m. If plaintiff does not yet have pro bono counsel, he and/or his case manager shall contact the court at (303) 844-2117 to participate in the conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before October 15, 2008** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.
**Court in recess:** **11:21 a.m.**                              Total time in court:    00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.