IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00282-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

CAPTAIN JOHN R. CLARKSON, individually, and in his official capacity as Case Manager III,
LIEUTENANT HALLIGAN, individually, and in his official capacity as Case Manager II,
LIEUTENANT DAVID A. BACKER, individually, and in his official capacity as Case Manager I,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on October 2, 2008 on Mr. Howard's "Motion to Reconsider Motion to Appoint Counsel" (filed September 22, 2008) (doc. # 143). Pursuant to the General Order of Reference dated March 13, 2006 (doc. # 10) and the memorandum dated September 23, 2008 (doc. # 144), the Motion was referred to the Magistrate Judge. The court has reviewed Mr. Howard's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal

1

counsel for Mr. Howard by placing this case on the list of cases for which counsel may choose to volunteer.

Accordingly, the court directs that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer. Mr. Howard is reminded that this Order does not guarantee that a lawyer will volunteer to represent him. Mr. Howard must continue to proceed *pro se* as necessary.

DATED at Denver, Colorado, this 2nd day of October, 2008.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge