IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00282-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

KEVIN MILYARD, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Howard's letter request (filed October 15, 2008) (doc. # 148) (docketed by the Clerk of the Court as a "Motion requesting copies"). Pursuant to the Order of Reference dated June 30, 2005, the letter is before the Magistrate Judge. The court has reviewed Mr. Howard's request and the entire case file and is sufficiently advised in the premises.

    On October 16, 2008, the court mailed to Mr. Howard copies of the 17 documents he requested, consisting of 191 pages. (*See* Certificate of Mailing (doc. # 149)). Accordingly, IT IS ORDERED that:

    1.    Mr. Howard's letter request (filed October 15, 2008) (doc. # 148) (docketed by the Clerk of the Court as a "Motion requesting copies") is GRANTED.

    2.    From this date forward, Mr. Howard shall be solely responsible for maintaining his own records in this case. The court will not entertain any further requests from Mr. Howard for copies of the filings in this case.

1

DATED at Denver, Colorado, this 16th day of October, 2008.

BY THE COURT:

*[signature]*

Craig B. Shaffer
United States Magistrate Judge