IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00282–PAB–CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

CAPTAIN JOHN CLARKSON,
individually, and in his official capacity as Case Manager III,
LIEUTENANT HALLIGAN,
individually, and in his official capacity as Case Manager II, and
LIEUTENANT DAVID BACKER,
individually, and in his official capacity as Case Manager I,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order with Respect to Expert Deadlines (*doc. # 180)* is GRANTED.  The scheduling order is modified as follows:

- Deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to and including **June 22, 2009.**

- Deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to and including **July 22, 2009**.

- The discovery deadline is extended to **August 17, 2009** for the sole purpose of conducting depositions of experts, all other discovery must be completed by the July 30th deadline.

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    May 28, 2009