IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00282–PAB–CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

CAPTAIN JOHN CLARKSON,
individually, and in his official capacity as Case Manager III,
LIEUTENANT HALLIGAN,
individually, and in his official capacity as Case Manager II, and
LIEUTENANT DAVID BACKER,
individually, and in his official capacity as Case Manager I,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Second Motion to Modify Scheduling Order with Respect to Expert Deadlines (*doc. # 183*) is GRANTED. The scheduling order is modified as follows:

- Deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to and including **July 13, 2009.**

- Deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to and including **August 13, 2009**.

- Deadline to serve interrogatories, requests for production of documents, and requests for admission schedule is extended to no later than **August 10, 2009**.

- The discovery deadline is extended to **September 15, 2009**.

- Dispositive motion deadline is extended to on or before **October 15, 2009**

    *Parties are advised that the November 5th final pretrial conference remains set and that no further extension(s) of ANY pretrial deadline(s) will be granted.*

**DATED:**    June 22, 2009