IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00282-PAB-CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

CAPTAIN JOHN CLARKSON,
LIEUTENANT HALLIGAN, and
LIEUTENANT DAVID BACKER,

    Defendants.

## ORDER

**THIS MATTER**, having come before the Court upon Defendants' Unopposed Motion for Leave to Reopen Discovery to Take the Depositions of Persons Confined in Prison, and the Court having reviewed the motion and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Defendants shall have through and including July 31, 2010 to complete the depositions of the six persons confined in prison.

DATED at Denver, Colorado, this 20th day of May, 2010.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*
                                            Craig B. Shaffer
                                            United States Magistrate Judge