IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00282-PAB-CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Plaintiff Scott Howard and the Colorado Department of Corrections ("DOC") have filed a Joint Stipulated Motion to Dismiss All Claims with Prejudice [Docket No. 291].

    The parties filed a joint stipulated motion to dismiss and to substitute certain parties to this lawsuit on August 24, 2010 [Docket No. 287]. Pursuant to that stipulated motion, the Court ordered that the individually-named defendants be dismissed from this action with prejudice, and that DOC be substituted as the sole Defendant in this case [Docket No. 288].

    By the present motion, the parties jointly seek an order dismissing Plaintiff's claim against DOC and dismissing this lawsuit with prejudice, with each party to bear its own attorneys fees and costs. It is

    **ORDERED** that the Joint Stipulated Motion to Dismiss All Claims with Prejudice [Docket No. 291] is GRANTED. It is further

**ORDERED** that this case is dismissed with prejudice, each party to pay its own attorneys fees and costs.

DATED September 7, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge